IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 04-30152-GPM |
| | ) |
| DARRIUS D. CRUMP, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on the Government's motion to dismiss its previously filed petition to revoke the order of release issued by the Court. Having been fully considered, the motion (Doc. 35) is **GRANTED**, and the petition to revoke the order of release (Doc. 33) is **DISMISSED as moot**, as Defendant is in state custody. Defendant is **ORDERED** unsuccessfully discharged from further obligation under the Conditions of Pretrial Release imposed upon him by the Order Setting Conditions of Release filed December 23, 2004.

**IT IS SO ORDERED.**

DATED: 01/10/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge